# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL JAWORSKI | § | |
| | § | |
| V. | § | CASE NO. 4:05CV404 |
| | § | (Judge Schneider/Judge Bush) |
| DENTON COUNTY, TEXAS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On January 11, 2006, the Magistrate Judge entered his report containing his proposed findings of fact and recommendations that Defendant's Motion to Dismiss be granted, in part and denied, in part, and that Plaintiff's claims for violation of Article 1 §§ 8 and 29 of the Texas Constitution and for punitive damages be dismissed.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion to Dismiss is **GRANTED**, in part and **DENIED**, in part. It is further

**ORDERED** that Plaintiff's claims for violation of Article 1 §§ 8 and 29 of the Texas Constitution and for punitive damages are **DISMISSED.**

**SIGNED this 6th day of February, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE